# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-po-104 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| ETHAN MUHLENKAMP, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon Defendant Ethan Muhlenkamp's Motion for Termination of Probation (Doc. #16) and the Government's Response (Doc. #17).

The undersigned held a teleconference with counsel for the Government, Defendant's counsel, and the Probation Officer on October 31, 2024. During the teleconference, the Probation Officer indicated that he has no opposition to Defendant's Motion, and counsel for the Government stated that he would defer to the Probation Officer.

Accordingly, for the reasons stated during the teleconference, Defendant Ethan Muhlenkamp's Motion for Termination of Probation (Doc. #16) is hereby **GRANTED**, and Defendant's probation is **TERMINATED**.

**IT IS SO ORDERED.**

October 31, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge